the assessments to the valuations recommended by the referee in his report and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to affirm. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS U. SCHAPPES, Appellant.— In view of the overwhelming proof of defendant-appellant's guilt, the judgment is unanimously affirmed pursuant to section 542 of the Code of Criminal Procedure. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BERKSHIRE LIFE INSURANCE COMPANY, Appellant, v. IRVING E. WEINIG and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [177 Misc. 1064.]

NIKOLA ZORONICH, Respondent, v. GUARDIAN CAB Co., INC., and GEORGE WYE, Appellants.— Judgment unanimously affirmed with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JACOB WEINER, Appellant, v. LOLA WEINER, Respondent.— Order unanimously modified by striking out the provision for alimony, and by reducing the amount directed to be paid to the defendant as and for counsel fee to the sum of $250, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BEATRICE O. CODD, Appellant, v. ELIZABETH MEEHAN and JAMES J. McCON-NOCHIE, Defendants, Impleaded with GOOD HUMOR CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of CELIA NIRES, General Guardian of the Person and Property of EUGENE NIRES and RUTH ELLEN NIRES, Infants. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM F. FOWLER and Others v. IRVING TRUST COMPANY, Trustee under an Indenture Dated December 15, 1927.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DAVID ELLIOTT and Others v. TEACHERS COLLEGE and JOHN J. BENNETT, JR., as Attorney-General of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of East River Drive from Grand Street to Montgomery Street, Excluding the Lands under the Jurisdiction of the President of the Borough of Manhattan for Street Purposes, and for the Public Parks Adjacent to East River Drive between Grand Street and Montgomery Street, Where Not Already Acquired by The City of New York for Park Purposes, in the Borough of Manhattan, City of New York. J. A. KENNEDY REALTY CORPORATION. DANIELS & KENNEDY, INC., JOHN A. KENNEDY and Others. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.